UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: Lesean Dejong Houston | Case No. 25-mc-50491 |
| | Honorable Robert J. White |

## ORDER OF DISMISSAL

The Court entered an order on April 30, 2025, directing Lasean Dejong Houston to pay the filing fee or file an application to proceed *in forma pauperis* by May 14, 2025. (ECF No. 2.)  The order notified Lasean Dejong Houston that "this case may be dismissed" for noncompliance. (*Id.*).  The deadline has now passed. Lasean Dejong Houston failed to correct the deficiency.  Accordingly,

IT IS ORDERED that the Notice of Acceptance to the General Executor Office (ECF No. 1) is dismissed without prejudice. *See* E.D. Mich. LR 41.2.

Dated: May 30, 2025    s/Robert J. White
                       Robert J. White
                       United States District Judge